IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CV545-MR-DCK

| | |
|---|---|
| HOME DESIGN SERVICES, INC., <br><br> *Plaintiff,* <br> v. <br><br> RANDY CARRIKER CUSTOM HOMES, INC., et al., <br><br> *Defendants.* | **ORDER TO ADMIT PRO HAC VICE** |

Upon motion and for good cause shown, pursuant to Local Rule 83.1(b), it is ordered that attorney Jon Douglas Parrish with the firm of Parrish, Lawhon & Yarnell, P.A. is hereby admitted *pro hac vice* for the purpose of representing Plaintiff Home Design Services, Inc. in the above-captioned action. Attorney Jason M. Sneed, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.1(b).

Signed: November 26, 2008

David C. Keesler
United States Magistrate Judge