**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv545**

| | |
|---|---|
| **HOME DESIGN SERVICES, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**RANDY CARRIKER CUSTOM HOMES,** )<br>**INC., RANDY CARRIKER, GRAY** )<br>**DESIGN, LLC, JEFFREY DALE GRAY,** )<br>**and CARL D. FOCHLER,** )<br>)<br>**Defendants.** )<br>_____) | **JUDGMENT OF LIABILITY<br>AS TO DEFENDANTS<br>CARRIKER** |

**THIS MATTER** is before the Court on the Plaintiff's Motion and Supporting Memorandum for Default Judgment against Defendants Randy Carriker and Randy Carriker Custom Homes, Inc. [Doc. 25], filed March 6, 2009.

The Defendants Randy Carriker and Randy Carriker Custom Homes, Inc. were served with the Summons and Complaint on December 24, 2008. [Docs. 17 & 18]. Each Defendant was obligated to answer or otherwise appear in the action on or before January 13, 2009. Neither Defendant

has answered or otherwise appeared. On March 13, 2009, the Clerk of Court entered default as to each Defendant. [Doc. 27].

The Plaintiff requests that a judgment be entered as to liability with the amount, if any, of damages to be entered after a hearing. Because these Defendants have defaulted, it is appropriate to do so.

**IT IS, THEREFORE, ORDERED**, **ADJUDGED AND DECREED** that Judgment of liability is hereby entered in favor of the Plaintiff Home Design Services, Inc. and against the Defendant Randy Carriker Custom Homes, Inc. and the Defendant Randy Carriker. The entitlement to damages, if any, is hereby deferred pending a hearing thereon.

Martin Reidinger
United States District Judge

Signed: April 8, 2009