# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Home Design Services, Inc.,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                           3:08-cv-545-MR

Carl D. Fochler,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by the filing of the Notice of Acceptance of Defendant Carl D. Fochler's Offer of Judgment;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered as to Defendant Carl D. Fochler ONLY in accordance with the Notice of Acceptance of Defendant Carl D. Fochler's Offer of Judgment filed April 27, 2009.

                                             Signed: April 29, 2009

                                             */s/ Frank G. Johns*
                                             Frank G. Johns, Clerk
                                             United States District Court